No. D–1473. IN RE DISBARMENT OF BOSTIC. It is ordered that Lee Harold Bostic, of Jamaica, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.